UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MIKE DOBINA, on behalf of himself and    :
all others similarly situated,           :
                        Plaintiff,       :      11 CIV. 1646 (DLC)
                                         :
        -v-                              :      ORDER
                                         :
WEATHERFORD INTERNATIONAL LTD.,          :
BERNARD J. DUROC-DANNER, ANDREW P.       :
BECNEL, JESSICA ABARCA and CHARLES E.    :
GEER, JR.,                               :
                        Defendants.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On March 9, 2011, plaintiff Mike Dobina ("Dobina") filed a class action lawsuit on behalf of all purchasers of Weatherford International Limited's ("Weatherford") securities between April 25, 2007, and March 1, 2011, inclusive. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires Dobina to publish not later than twenty days after the date on which he filed his complaint,

> in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class—

> (I) of the pendency of the action, the claims asserted therein, and the purported class period; and

(II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i); see id. at § 78u-4(a)(3)(A)(ii).

Dobina's attorneys published this notice on March 14, 2011.

Members of the purported class therefore have until May 12, 2011

to move the Court to serve as lead plaintiffs.  It is hereby

ORDERED that a conference shall be held at **4 p.m.** on

**Friday, June 24, 2011** to consider any motions for appointment of

lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that opposition to any motion for

appointment of lead plaintiff shall be filed by **June 17, 2011.**

IT IS FURTHER ORDERED that the named plaintiff shall

promptly serve a copy of this Order on each of the defendants.

SO ORDERED:

Dated:    New York, New York
          March 16, 2011

_____
        DENISE COTE
United States District Judge

2