# EXHIBIT C

**Fulton County Employees' Retirement System**
**Transactions and LIFO Losses -**  **Weatherford International Ltd**

**CLASS PERIOD:**  4/25/2007    Through        3/1/2011

| Movant's Name | Acquisition Date | Shares Purchased** | Share Price** | Total Cost | Disposition Date | Shares Sold/Held** | Share Price** | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Fulton County Employees' Retirement System** | 6/9/2009 | 3,500 | $21.43 | $75,005.00 | 4/21/2008 | 3,500 | $41.76 | $146,160.00 | $71,155.00 |
| | 5/8/2009 | 12,500 | $19.06 | $238,250.00 | 4/21/2008 | 12,500 | $41.76 | $522,000.00 | $283,750.00 |
| | 5/6/2009 | 3,800 | $19.02 | $72,276.00 | 4/21/2008 | 3,800 | $41.76 | $158,688.00 | $86,412.00 |
| | 5/6/2009 | 18,000 | $19.02 | $342,360.00 | 10/10/2008 | 18,000 | $12.40 | $223,200.00 | ($119,160.00) |
| | 5/4/2009 | 1,600 | $17.96 | $28,736.00 | 10/10/2008 | 1,600 | $12.40 | $19,840.00 | ($8,896.00) |
| | 5/4/2009 | 11,200 | $17.96 | $201,152.00 | 10/23/2008 | 11,200 | $13.36 | $149,632.00 | ($51,520.00) |
| | 5/4/2009 | 9,500 | $17.96 | $170,620.00 | 12/3/2008 | 9,500 | $9.61 | $91,295.00 | ($79,325.00) |
| | 5/1/2009 | 5,900 | $17.00 | $100,300.00 | 12/3/2008 | 5,900 | $9.61 | $56,699.00 | ($43,601.00) |
| | 5/1/2009 | 3,900 | $16.97 | $66,183.00 | 12/3/2008 | 3,900 | $9.61 | $37,479.00 | ($28,704.00) |
| | 5/1/2009 | 32,600 | $16.97 | $553,222.00 | 12/4/2008 | 32,600 | $8.71 | $283,946.00 | ($269,276.00) |
| | 5/1/2009 | 14,800 | $16.97 | $251,156.00 | 12/4/2008 | 14,800 | $9.30 | $137,640.00 | ($113,516.00) |
| | 10/29/2008 | 8,600 | $14.95 | $128,570.00 | 12/4/2008 | 8,600 | $9.30 | $79,980.00 | ($48,590.00) |
| | 7/7/2008 | 1,000 | $44.29 | $44,290.00 | 12/4/2008 | 1,000 | $9.30 | $9,300.00 | ($34,990.00) |
| | 7/7/2008 | 100 | $44.29 | $4,429.00 | 12/4/2008 | 100 | $9.04 | $904.00 | ($3,525.00) |
| | 7/7/2008 | 12,200 | $43.66 | $532,652.00 | 12/4/2008 | 12,200 | $9.04 | $110,288.00 | ($422,364.00) |
| | 7/7/2008 | 9,000 | $43.66 | $392,940.00 | 12/4/2008 | 9,000 | $9.05 | $81,450.00 | ($311,490.00) |
| | 6/20/2008 | 900 | $45.65 | $41,085.00 | 12/4/2008 | 900 | $9.05 | $8,145.00 | ($32,940.00) |
| | 6/20/2008 | 3,100 | $45.65 | $141,515.00 | 10/19/2009 | 3,100 | $19.90 | $61,690.00 | ($79,825.00) |
| | 6/16/2008 | 9,200 | $44.90 | $413,080.00 | 10/19/2009 | 9,200 | $19.90 | $183,080.00 | ($230,000.00) |
| | 2/25/2008 | 15,600 | $33.99 | $530,244.00 | 10/19/2009 | 15,600 | $19.90 | $310,440.00 | ($219,804.00) |
| | 2/8/2008 | 3,600 | $30.78 | $110,808.00 | 10/19/2009 | 3,600 | $19.90 | $71,640.00 | ($39,168.00) |
| | 2/8/2008 | 20,200 | $30.82 | $622,564.00 | 10/19/2009 | 20,200 | $19.90 | $401,980.00 | ($220,584.00) |
| | 2/8/2008 | 7,200 | $30.82 | $221,904.00 | 10/19/2009 | 7,200 | $19.93 | $143,496.00 | ($78,408.00) |
| | 10/26/2007 | 2,300 | $33.32 | $76,636.00 | 10/19/2009 | 2,300 | $19.93 | $45,839.00 | ($30,797.00) |
| | 10/26/2007 | 26,500 | $33.32 | $882,980.00 | 11/3/2009 | 26,500 | $17.64 | $467,460.00 | ($415,520.00) |
| | 10/26/2007 | 17,400 | $33.32 | $579,768.00 | 11/3/2009 | 17,400 | $17.45 | $303,630.00 | ($276,138.00) |
| | 10/26/2007 | 12,200 | $33.32 | $406,504.00 | 11/3/2009 | 12,200 | $17.96 | $219,112.00 | ($187,392.00) |
| | | | | | | | | | |
| **TOTALS:** | | **266,400 Shares Purchased** | | **$7,229,229.00 Total Cost** | | **266,400 Shares Sold** | | **$4,325,013.00 Total Proceeds** | **($2,904,216.00)** |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  Fulton County sold all of its shares during the Class Period.  For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.

**Shares Purchased/Sold and Share Price for purchases/sales before May 27, 2008 are adjusted for the 2:1 stock split on that date.

**Grand Rapids General Employee**
**Transactions and LIFO Losses -**   <u>**Weatherford International Ltd**</u>

**CLASS PERIOD:**  4/25/2007       Through          3/1/2011

| Movant's Name | Acquisition Date | Shares Purchased** | Share Price** | Total Cost | Disposition Date | Shares Sold/Held** | Share Price** | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Grand Rapids General Employee** | 10/14/2008 | 2,500 | $17.32 | $43,300.00 | 4/15/2008 | 2,500 | $37.94 | $94,850.00 | $51,550.00 |
| | 1/11/2008 | 100 | $34.98 | $3,498.00 | 4/15/2008 | 100 | $37.94 | $3,794.00 | $296.00 |
| | 1/11/2008 | 2,100 | $34.98 | $73,458.00 | 1/26/2009 | 2,100 | $10.55 | $22,155.00 | ($51,303.00) |
| | 11/20/2007 | 3,600 | $30.37 | $109,332.00 | 1/26/2009 | 3,600 | $10.55 | $37,980.00 | ($71,352.00) |
| | 10/29/2007 | 13,400 | $33.14 | $444,076.00 | 1/26/2009 | 13,400 | $10.55 | $141,370.00 | ($302,706.00) |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS:** | | **21,700 Shares Purchased** | | **$637,664.00.00 Total Cost** | | **21,700 Shares Sold** | | **$300,149.00 Total Proceeds** | **($373,515.00)** |

\* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  Grand Rapids General Employees sold all of its shares during the Class Period.  For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.

\*\*Shares Purchased/Sold and Share Price for purchases/sales before May 27, 2008 are adjusted for the 2:1 stock split on that date.

**Grand Rapids Police and Fire**
**Transactions and LIFO Losses -** <u>**Weatherford International Ltd**</u>

**CLASS PERIOD:**   4/25/2007    Through    3/1/2011

| Movant's Name | Acquisition Date | Shares Purchased** | Share Price** | Total Cost | Disposition Date | Shares Sold/Held** | Share Price** | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Grand Rapids Police and Fire | 10/14/2008 | 1,800 | $17.32 | $31,176.00 | 4/15/2008 | 1,800 | $38.18 | $68,724.00 | $37,548.00 |
| | 10/14/2008 | 1,000 | $17.32 | $17,320.00 | 5/15/2008 | 1,000 | $42.76 | $42,760.00 | $25,440.00 |
| | 10/14/2008 | 200 | $17.32 | $3,464.00 | 1/26/2009 | 200 | $10.55 | $2,110.00 | ($1,354.00) |
| | 1/11/2008 | 1,800 | $34.98 | $62,964.00 | 1/26/2009 | 1,800 | $10.55 | $18,990.00 | ($43,974.00) |
| | 11/20/2007 | 2,600 | $30.37 | $78,962.00 | 1/26/2009 | 2,600 | $10.55 | $27,430.00 | ($51,532.00) |
| | 10/29/2007 | 12,800 | $33.14 | $424,192.00 | 1/26/2009 | 12,800 | $10.55 | $135,040.00 | ($289,152.00) |
| | | | | | | | | | |
| TOTALS: | | 20,400 Shares Purchased | | $618,078.00 Total Cost | | 20,400 Shares Sold | | $295,054.00 Total Proceeds | (**$323.024.00)** |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  Grand Rapids P&F sold all of its shares during the Class Period.  For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.

**Shares Purchased/Sold and Share Price for purchases/sales before May 27, 2008 are adjusted for the 2:1 stock split on that date.

**Fort Worth City of Employees' Retirement Fund**
                **Transactions and LIFO Losses -**    **Weatherford International Ltd**

**CLASS PERIOD:** 4/25/2007    Through        3/1/2011

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Disposition Date | Shares Sold/Held | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Fort Worth City of Employees' Retirement Fund** | 9/10/2010 | 400 | $16.10 | $6,441.04 | 7/16/2007 | 400 | $27.20 | $10,879.94 | $4,438.90 |
| | 9/10/2010 | 1,000 | $16.10 | $16,102.60 | 7/24/2007 | 1,000 | $28.73 | $28,731.35 | $12,628.75 |
| | 9/10/2010 | 400 | $16.16 | $6,463.84 | 8/1/2007 | 400 | $27.30 | $10,919.94 | $4,456.10 |
| | 9/10/2010 | 1,648 | $16.16 | $26,631.02 | 8/8/2007 | 1,648 | $28.32 | $46,663.12 | $20,032.10 |
| | 9/10/2010 | 400 | $16.16 | $6,463.84 | 8/9/2007 | 400 | $28.54 | $11,417.76 | $4,953.92 |
| | 9/10/2010 | 1,000 | $16.16 | $16,159.60 | 9/5/2007 | 1,000 | $30.95 | $30,952.00 | $14,792.40 |
| | 9/10/2010 | 400 | $16.16 | $6,463.84 | 9/13/2007 | 400 | $31.04 | $12,417.62 | $5,953.78 |
| | 9/10/2010 | 400 | $16.16 | $6,463.84 | 9/21/2007 | 400 | $34.66 | $13,865.90 | $7,402.06 |
| | 9/10/2010 | 1,000 | $16.16 | $16,159.60 | 4/4/2008 | 1,000 | $38.00 | $38,001.95 | $21,842.35 |
| | 9/10/2010 | 200 | $16.16 | $3,231.92 | 4/14/2008 | 200 | $38.13 | $7,625.03 | $4,393.11 |
| | 9/10/2010 | 6,200 | $16.16 | $100,189.52 | 4/25/2008 | 6,200 | $40.22 | $249,337.65 | $149,148.13 |
| | 9/10/2010 | 400 | $16.16 | $6,463.84 | 5/8/2008 | 400 | $42.32 | $16,926.96 | $10,463.12 |
| | 9/10/2010 | 500 | $16.16 | $8,079.80 | 7/1/2008 | 500 | $48.50 | $24,249.70 | $16,169.90 |
| | 9/10/2010 | 652 | $16.16 | $10,536.06 | 12/15/2008 | 652 | $10.40 | $6,778.97 | ($3,757.08) |
| | 9/10/2010 | 200 | $16.23 | $3,246.00 | 12/15/2008 | 200 | $10.40 | $2,079.44 | ($1,166.56) |
| | 9/10/2010 | 548 | $16.10 | $8,820.11 | 12/15/2008 | 548 | $10.40 | $5,697.67 | ($3,122.45) |
| | 9/10/2010 | 1,352 | $16.10 | $21,760.58 | 1/6/2009 | 1,352 | $13.89 | $18,782.93 | ($2,977.64) |
| | 8/11/2010 | 600 | $15.57 | $9,341.76 | 1/6/2009 | 600 | $13.89 | $8,335.62 | ($1,006.14) |
| | 4/15/2010 | 605 | $16.98 | $10,272.90 | 1/6/2009 | 605 | $13.89 | $8,405.08 | ($1,867.82) |
| | 4/8/2010 | 543 | $16.31 | $8,858.83 | 1/6/2009 | 543 | $13.89 | $7,543.74 | ($1,315.09) |
| | 4/8/2010 | 600 | $16.31 | $9,788.76 | 1/23/2009 | 600 | $10.38 | $6,226.26 | ($3,562.50) |
| | 4/8/2010 | 700 | $16.31 | $11,420.22 | 2/10/2009 | 700 | $11.51 | $8,059.94 | ($3,360.28) |
| | 4/8/2010 | 2,900 | $16.31 | $47,312.34 | 2/27/2009 | 2,900 | $10.64 | $30,858.32 | ($16,454.02) |
| | 4/8/2010 | 605 | $16.31 | $9,870.33 | 4/23/2010 | 605 | $17.65 | $10,680.67 | $810.34 |
| | 4/8/2010 | 9,515 | $16.31 | $155,233.42 | 8/30/2010 | 9,515 | $15.23 | $144,885.86 | ($10,347.56) |
| | 4/8/2010 | 600 | $16.31 | $9,788.76 | 11/10/2010 | 600 | $19.17 | $11,502.36 | $1,713.60 |
| | 4/8/2010 | 400 | $16.31 | $6,525.84 | 11/10/2010 | 400 | $19.02 | $7,606.20 | $1,080.36 |
| | 4/8/2010 | 2,800 | $16.31 | $45,680.88 | 11/10/2010 | 2,800 | $19.01 | $53,214.00 | $7,533.12 |
| | 4/8/2010 | 500 | $16.31 | $8,157.30 | 11/10/2010 | 500 | $19.11 | $9,552.80 | $1,395.50 |
| | 4/8/2010 | 7,500 | $16.31 | $122,359.50 | 12/15/2010 | 7,500 | $20.66 | $154,931.25 | $32,571.75 |
| | 4/8/2010 | 7,100 | $16.31 | $115,833.66 | 12/15/2010 | 7,100 | $20.80 | $147,674.32 | $31,840.66 |
| | 4/8/2010 | 1,787 | $16.31 | $29,154.19 | 1/4/2011 | 1,787 | $22.54 | $40,270.05 | $11,115.85 |
| | 3/23/2010 | 413 | $15.67 | $6,471.34 | 1/4/2011 | 413 | $22.54 | $9,306.96 | $2,835.62 |
| | 3/23/2010 | 4,700 | $15.67 | $73,644.77 | 1/4/2011 | 4,700 | $22.26 | $104,612.60 | $30,967.83 |
| | 3/23/2010 | 3,187 | $15.67 | $49,937.42 | 2/9/2011 | 3,187 | $24.42 | $77,833.55 | $27,896.13 |
| | 1/11/2010 | 19,000 | $19.77 | $375,677.50 | 2/9/2011 | 19,000 | $24.42 | $464,021.80 | $88,344.30 |
| | 12/5/2008 | 1,900 | $8.25 | $15,676.90 | 2/9/2011 | 1,900 | $24.42 | $46,402.18 | $30,725.28 |
| | 10/22/2008 | 700 | $14.97 | $10,481.24 | 2/9/2011 | 700 | $24.42 | $17,095.54 | $6,614.30 |
| | 10/3/2008 | 13 | $21.66 | $281.54 | 2/9/2011 | 13 | $24.42 | $317.49 | $35.95 |
| | 10/3/2008 | 887 | $21.66 | $19,209.94 | Held | 887 | $21.19 | $18,795.53 | ($414.41) |
| | 9/25/2008 | 600 | $28.90 | $17,341.26 | Held | 600 | $21.19 | $12,714.00 | ($4,627.26) |
| | 7/28/2008 | 500 | $37.17 | $18,585.30 | Held | 500 | $21.19 | $10,595.00 | ($7,990.30) |
| | 7/10/2008 | 600 | $40.56 | $24,336.78 | Held | 600 | $21.19 | $12,714.00 | ($11,622.78) |
| | 3/31/2008 | 1,400 | $35.93 | $50,298.29 | Held | 1,400 | $21.19 | $29,666.00 | ($20,632.29) |
| | 3/28/2008 | 2,400 | $35.62 | $85,492.20 | Held | 2,400 | $21.19 | $50,856.00 | ($34,636.20) |
| | 3/28/2008 | 2,400 | $35.35 | $84,840.00 | Held | 2,400 | $21.19 | $50,856.00 | ($33,984.00) |
| | 3/13/2008 | 71,400 | $34.10 | $2,434,957.77 | Held | 71,400 | $21.19 | $1,512,966.00 | ($921,991.77) |
| | 1/25/2008 | 1,000 | $31.04 | $31,043.00 | Held | 1,000 | $21.19 | $21,190.00 | ($9,853.00) |
| | 1/8/2008 | 1,200 | $33.61 | $40,326.00 | Held | 1,200 | $21.19 | $25,428.00 | ($14,898.00) |
| | 12/18/2007 | 1,200 | $32.04 | $38,444.04 | Held | 1,200 | $21.19 | $25,428.00 | ($13,016.04) |
| | 12/10/2007 | 600 | $33.22 | $19,929.27 | Held | 600 | $21.19 | $12,714.00 | ($7,215.27) |
| | 11/20/2007 | 400 | $30.64 | $12,255.42 | Held | 400 | $21.19 | $8,476.00 | ($3,779.42) |
| | 11/12/2007 | 400 | $29.21 | $11,684.94 | Held | 400 | $21.19 | $8,476.00 | ($3,208.94) |
| | 10/25/2007 | 400 | $32.71 | $13,082.06 | Held | 400 | $21.19 | $8,476.00 | ($4,606.06) |
| | 8/7/2007 | 1,648 | $27.04 | $44,561.92 | Held | 1,648 | $21.19 | $34,921.12 | ($9,640.80) |
| | 06/26/2007 | 4,400 | $27.53 | $121,131.56 | Held | 4,400 | $21.19 | $93,236.00 | ($27,895.56) |
| **TOTALS:** | | **174,803 Shares Purchased** | | **$4,468,966.20 Total Cost** | | **83,368 Shares Sold Within 90 Days After End Of CP, 91,435 Shares Retained** | | **$3,842,172.16 Total Proceeds** | **($626,794.04)** |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e). Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period. That price here is $.21.19 per share. For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.

**Shares Purchased/Sold and Share Price for purchases/sales before May 27, 2008 are adjusted for the 2:1 stock split on that date.