UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE DOBINA, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WEATHERFORD INTERNATIONAL LTD., BERNARD J. DUROC-DANNER, ANDREW P. BECNEL, JESSICA ABARCA and CHARLES E. GEER, JR.,<br><br>                Defendants. | 11 Civ. 01646-DLC |

**THE PUBLIC RETIREMENT SYSTEMS' MOTION FOR RECONSIDERATION OF THE COURT'S DECISION APPOINTING AFME LEAD PLAINTIFF**

Class members and lead plaintiff movants Fulton County Employees' Retirement System, City of Grand Rapids General Retirement System, City of Grand Rapids Police & Fire Retirement System and the Fort Worth Employees' Retirement Fund (collectively, the "Public Retirement Systems"), by and through its counsel, respectfully moves this Court for reconsideration of the June 27, 2011 order appointing the American Federation of Musicians and Employers' Pension Fund lead plaintiff pursuant to Federal Rule of Civil Procedure 59(e) and Southern District of New York Local Rule 6.3.

This motion for reconsideration is supported by the accompanying Memorandum of Law in Support of the Motion for Reconsideration of the Court's Decision Appointing AFME Lead Plaintiff, and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; arguments made at the June 24, 2011 hearing; and such other written and/or oral argument as may be presented to the Court.

| | |
|---|---|
| DATED: June 27, 2011 | SCOTT+SCOTT LLP |
| | /s/ Mary K. Blasy<br>MARY K. BLASY (admitted *pro hac vice*)<br>HAL CUNNINGHAM<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax (619) 233-0508<br>Email: mblasy@scott-scott.com<br>       hcunningham@scott-scott.com |
| | and |
| | DAVID R. SCOTT (DS-8053)<br>DONALD BROGGI<br>JOSEPH P. GUGLIELMO (JG-2447)<br>500 Fifth Avenue, 40th Floor<br>New York, NY  10110<br>Tel.: (212) 223-6444<br>Fax: (212) 223-6334<br>Email: drscott@scott-scott.com<br>       dbroggi@scott-scott.com<br>       jguglielmo@scott-scott.com |
| | *Counsel For Proposed Lead Plaintiff Public Retirement Systems* |

CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 27, 2011.

/s/ Mary K. Blasy
MARY K. BLASY (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Fax (619) 233-0508
Email: mblasy@scott-scott.com