UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WEATHERFORD INTERNATIONAL SECURITIES LITIGATION | 11 Civ. 1646 (LAK) (JCF) <br><br> <u>CLASS ACTION</u> |

### NOTICE OF PLAINTIFFS' MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's April 1, 2014 Order Concerning Proposed Settlement (ECF No. 249), and upon the Declaration of Eli R. Greenstein in Support of (A) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and all other papers and proceedings herein, Plaintiffs, through their undersigned counsel, will and do hereby move this Court on July 8, 2014, at 4:00 p.m. in the Courtroom of the Honorable Lewis A. Kaplan, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, or at such other location and time as set by the Court, for entry of Judgment approving the proposed Settlement as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

Dated:  May 27, 2014                           Respectfully submitted,

                                        KESSLER TOPAZ
                                          MELTZER & CHECK, LLP

                                      */s/ Eli Greenstein*
ELI GREENSTEIN
ELI R. GREENSTEIN
STACEY M. KAPLAN
JENNIFER L. JOOST
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
(415) 400-3001 (fax)
egreenstein@ktmc.com
skaplan@ktmc.com
jjoost@ktmc.com

- and -

STUART L. BERMAN
DAVID KESSLER
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
(610) 667-7056 (fax)
sberman@ktmc.com
dkessler@ktmc.com

*Lead Counsel for Plaintiffs*

LAW OFFICES OF
  CURTIS V. TRINKO, LLP
CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: (212) 490-9550
(212) 986-0158 (fax)
ctrinko@trinko.com

*Liaison Counsel for Plaintiffs*

SAMUEL S. OLENS
Attorney General, State of Georgia
W. WRIGHT BANKS, JR.
Deputy Attorney General, State of Georgia
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
Telephone: (404) 656-3300
(404) 657-8733 (fax)

2

DARREN J. CHECK
Special Assistant Attorney General, State of Georgia
KESSLER TOPAZ
  MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
(610) 667-7056 (fax)
dcheck@ktmc.com

*Counsel for Georgia Firefighters' Pension Fund*

CERTIFICATE OF SERVICE

      On this 27th day of May, 2014, I hereby caused a true and correct copy of the foregoing document to be served via Overnight Mail upon:

                Mr. Stephen Schoeman
                101 Jefferson Avenue
                Westfield, NJ  07090

                *s/ Eli R. Greenstein*
                ELI R. GREENSTEIN