USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 2 2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE: WEATHERFORD INTERNATIONAL SECURITIES LITIGATION

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

JEFF M. BROWN

(List the full name(s) of the defendant(s)/respondent(s).)

2011 CV 1646 (LAK)(JCF)

## NOTICE OF APPEAL

Notice is hereby given that the following parties: JEFF M. BROWN

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: January 31, 2015 and January 5, 2015
(date that judgment or order was entered on docket)

that:
Order Approving Settlement (Docket No. 285) - January 30, 2015
and
Memorandum and Order (Docket No.283) - January 5, 2015

(If the appeal is from an order, provide a brief description above of the decision in the order.)

2/26/15
Dated

Signature*

BROWN, JEFF M.
Name (Last, First, MI)

750 South Dixie Highway | Boca Raton | Florida | 33432
Address | City | State | Zip Code

561-395-0000
Telephone Number

efiling@lavallebrown.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

2015 MAR -3 A 11:31

Court Name: District Court
Division: 1
Receipt Number: 465401118719
Cashier ID: Clapsley
Transaction Date: 02/04/2015
Payer Name: JEFF BROWN

---

NOTICE OF APPEAL/DOCKETING FEE
For: JEFF BROWN
Amount: $505.00

---

CHECK
Check/Money Order Num: 423
Amt Tendered: $505.00

---

Total Due: $505.00
Total Tendered: $505.00
Change Amt: $0.00

11CV1646(LAK)

JEFF BROWN
750 SOUTH DIXIE HIGHWAY
BOCA RATON, FL
33432

CLERK OF COURTS PRO SE DIVISION
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007

ATTENTION: CLERK OF COURTS / PRO SE DIVISION

DEAR CLERK:

PLEASE FIND ENCLOSED A NOTICE OF APPEAL IN REGARD TO:

IN RE: WEATHERFORD INTERNATIONAL
SECURITIES LITIGATION
CASE NO 11 CV 1646 (LAK) (JCF)

THE APPELLATE FEE IS BEING DELIVERED UNDER SEPARATE COVER

2015 MAR -3 A 11: 30
SDNY PRO SE OFFICE
RECEIVED

VERY TRULY YOURS
JEFF M. BROWN

Feb. 26th, 2015

CASE # 1:11-CV-01646 (LAK)-(JCF)

Re: Weatherford International Securities Litigation

Remitter: Jeff Brown (Pro Se)

RECEIVED
SDNY PRO SE OFFICE
2015 MAR -3 A 11: 31

Money remitted for notice of appeal
Notice of Appeal coming in seperate cover.

THANK YOU.
Jeff Brown / POA

2015 MAR -3 A 11: 31

FedEx Express

From: (806) 500-8550
DANIEL PATRICK
PDC CAPITAL COSTA MESA
250 Fischer Ave

COSTA MESA, CA 92626

Origin ID: TWHA

FedEx. Express

E

J151215022303uv

Ship Date: 27FEB15
ActWgt: 0.5 LB
CAD: 107118835/INET3610

Delivery Address Bar Code

SHIP TO: (212) 805-0136 X 0636 BILL SENDER
CLERK OF THE COURT PRO SE DIVISION
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
ROOM 200
NEW YORK, NY 10007

Ref #
Invoice #
PO #
Dept #

SATURDAY 12:00P
PRIORITY OVERNIGHT

TRK# 7730 1752 4365
0201

10007
NY-US
EWR

X0 PCTA

537J2/D3CE/EE4B

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line

SDNY USM P3

FedEx. Express

SDR

FedEx® Saturday Delivery

151966 10/04 MWI

FedEx. Express

SDR

FedEx® Saturday Delivery

151966 10/04 MWI

RECEIVED SDNY PRO SE OFFICE
2015 MAR -3 A 9:56

Align bottom of peel and stick airbill here.



3/5/2015 Case 1:11-cv-01646-LAK-JCF Track your package or shipment with FedEx Tracking Document 286 Filed 03/02/15 Page 6 of 8



My Profile   Support   Locations   English   Search

Ship   Track   Manage   Learn   FedEx Office ®   Login

## IMPORTANT!
Winter storm is causing delays and disruptions. Learn More

### FedEx Tracking

**773017524365**

Ship (P/U) date :
**Fri 2/27/2015 4:00 pm**

COSTA MESA, CA US

**Delivered**

Signed for by: .RODRIGUEZ

Actual delivery :
**Mon 3/02/2015 11:08 am**

NEW YORK, NY US

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/02/2015 - Monday** | | |
| 11:08 am | Delivered | NEW YORK, NY |
| 8:43 am | On FedEx vehicle for delivery | NEW YORK, NY |
| **2/28/2015 - Saturday** | | |
| 5:27 pm | At local FedEx facility | NEW YORK, NY |
| 10:16 am | Delivery exception<br>Business closed - No delivery attempt | NEW YORK, NY |
| 9:06 am | At local FedEx facility | NEW YORK, NY |
| 6:58 am | Arrived at FedEx location | NEWARK, NJ |
| 4:09 am | Departed FedEx location | MEMPHIS, TN |
| 12:32 am | Arrived at FedEx location | MEMPHIS, TN |
| **2/27/2015 - Friday** | | |
| 6:28 pm | Left FedEx origin facility | COSTA MESA, CA |
| 5:22 pm | Shipment information sent to FedEx | |
| 4:00 pm | Picked up | COSTA MESA, CA |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 773017524365 | **Service** | FedEx Priority Overnight |
| | | **Delivered To** | Receptionist/Front Desk |
| **Weight** | 0.5 lbs / 0.23 kgs | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Total pieces** | 1 | | |
| **Packaging** | FedEx Envelope | **Special handling section** | For Saturday Delivery |

FedEx     Search

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx One Rate | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | | | | |

FedEx Express

RECEIVED
SDNY PRO SE OFFICE
2015 MAR -3 A 9 56

ORIGIN ID:LNRA (424) 299-6269
PAM SWEENEY
5730 SCHUMANN DR
MADISON, WI 53711
UNITED STATES US

SHIP DATE: 28FEB15
ACTWGT: 0.1 LB
CAD: 6991629/SSF01521

BILL CREDIT CARD

TO CLERK OF COURT – PROSE DIVISON
500 PEARL STREET
NEW YORK NY 10007
(000) 000 – 0000 REF:
INV:
PO: DEPT:

FedEx Express
E

REL# 3785346

MON – 02 MAR AA
STANDARD OVERNIGHT

TRK# 0201 7802 7834 2541

XA PCTA

10007
NY-US EWR

The Wo

Envelope

Align bottom of **Peel and Stick Airbill** here.




3/5/2015 Case 1:11-cv-01646-LAK-JCF Document 286 Filed 03/02/15 Page 8 of 8
Track your package or shipment with FedEx Tracking

My Profile | Support | Locations | English

Ship Track Manage Learn FedEx Office ®

Login

**IMPORTANT!**
**Winter storm is causing delays and disruptions.** Learn More

FedEx® Tracking

## 780278342541

Ship (P/U) date :
**Sat 2/28/2015 11:41 am**

MADISON, WI US

**Delivered**

*Signed for by: P.GELARDI*

Actual delivery :
**Mon 3/02/2015 10:15 am**

New york, NY US

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| - 3/02/2015 - Monday | | |
| 10:15 am | Delivered | NEW YORK, NY |
| 8:29 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 7:52 am | At local FedEx facility | NEW YORK, NY |
| - 3/01/2015 - Sunday | | |
| 9:36 pm | Arrived at FedEx location | NEWARK, NJ |
| 9:36 pm | In transit | NEWARK, NJ |
| 6:28 pm | Departed FedEx location | MEMPHIS, TN |
| 9:19 am | Arrived at FedEx location | MEMPHIS, TN |
| - 2/28/2015 - Saturday | | |
| 5:59 pm | Left FedEx origin facility | MADISON, WI |
| 11:55 am | Shipment information sent to FedEx | |
| 11:41 am | Picked up<br>Tendered at FedEx Office | MADISON, WI |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 780278342541 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Mailroom |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday |

FedEx.

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2015

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/apps/fedextrack/?action=track&trackingnumber=780278342541&cntry_code=us 1/1