



MEMO ENDORSED

**KESSLERTOPAZ**
**MELTZERCHECK** LLP
ATTORNEYS AT LAW

May 27, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/15

**VIA ECF AND HAND DELIVERY**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Weatherford Int'l Sec. Litig.*, Case No. 11 Civ. 1646 (LAK) (JCF)

Dear Judge Kaplan:

We write on behalf of Settlement Class Representatives, American Federation of Musicians and Employers' Pension Fund and Georgia Firefighters' Pension Fund in the above-referenced action.

On January 5, 2015, the Court issued its Memorandum and Order (ECF No. 283) (the "Order") approving the Settlement, approving the Plan of Allocation, and granting, in part, Lead Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses. The Order stated, in relevant part, that 50% of the approved attorney's fees and litigation expenses were payable immediately and the remaining 50% were to be held pending further order of the Court when the judgment becomes final and not subject to further appeal. On March 5, 2015, one of the objectors to the settlement and the attorneys' fees in this case filed the only notice of appeal of the Order. ECF No. 286.

We are pleased to advise Your Honor that on May 20, 2015, the Second Circuit issued its mandate dismissing the lone appeal in its entirety for failure to follow procedure in filing appropriate and timely forms in connection with the appeal process. A copy of the mandate is attached for the Court's convenience. As a result, the judgment is now final and no longer subject to further appeal.

In accordance with the Court's January 5, 2015 Order, we respectfully request that the Court so order this letter or issue a separate order, thereby allowing the Settlement Class Representatives and counsel to be paid the remaining amounts previously awarded by the Court.

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
580 California Street, Suite 1750, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM

Honorable Lewis A. Kaplan
May 27, 2015
Page 2



We appreciate the Court's time and attention to this matter.

Respectfully submitted,

David Kessler, Esq.
Kessler Topaz Meltzer & Check, LLP

Enclosure

cc: Peter A. Wald, Esq. (Defendants' Counsel)
    Curtis V. Trinko, Esq. (Liaison Counsel)

The remainder of the attorneys fees and expenses previously approved may be paid. The Clerk shall close the case.

SO ORDERED

LEWIS A. KAPLAN, USDJ
6/2/15

