UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WEATHERFORD INTERNATIONAL SECURITIES LITIGATION | 11 Civ. 1646 (LAK) (JCF)<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR
<u>DISTRIBUTION OF NET SETTLEMENT FUND</u>**

Lead Plaintiff American Federation of Musicians and Employers' Pension Fund and named plaintiff Georgia Firefighters' Pension Fund (together, "Plaintiffs") respectfully submit this notice to inform the Court that the deadline for submitting any opposition to Plaintiffs' Motion for Distribution of Net Settlement Fund (ECF No. 292, "Distribution Motion") expired on February 9, 2017, and no opposition or objections have been received or filed.

Plaintiffs respectfully request that the Court enter the [Proposed] Order Approving Distribution of Net Settlement Fund previously submitted with the Distribution Motion so that the funds may be distributed promptly to members of the Settlement Class.

Dated: February 28, 2017

Respectfully submitted,

KESSLER TOPAZ
 MELTZER & CHECK, LLP

 <u> s/ David Kessler                             </u>
DAVID KESSLER
DARREN J. CHECK
JENNIFER L. ENCK
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
dkessler@ktmc.com
dcheck@ktmc.com
jenck@ktmc.com

- and -

ELI R. GREENSTEIN
STACEY M. KAPLAN
JENNIFER L. JOOST
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
egreenstein@ktmc.com
skaplan@ktmc.com
jjoost@ktmc.com

*Lead Counsel for Plaintiffs*

LAW OFFICES OF
  CURTIS V. TRINKO, LLP
CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158
ctrinko@trinko.com

*Liaison Counsel for Plaintiffs*